IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:15-CR-00063-KDB-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| JEREMY DONOVAN DULA, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant's Motions filed in triplicate over three days to Terminate Supervised Release. (Doc. Nos. 107, 108, 109) ("Motions").

On January 7, 2016, Defendant pled guilty to one count of conspiracy to distribute and possession with intent to distribute cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1). Defendant was sentenced to 80 months of imprisonment and 5 years of supervised release.

Title 18 U.S.C. § 3583(e) states that a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

In support of his Motions, Defendant states that he has complied with all terms and conditions of his supervised release. He claims that his conditions of supervised release sometimes prevent him from traveling and participating in training sessions that are held out of state. Defendant is under supervision in the Northern District of Georgia, but the Western District of North Carolina

("W.D.N.C.") maintains jurisdiction over his supervised release. His current supervising officer in Georgia informed the Court in March of 2023 that Defendant is in compliance with the conditions of supervised release, has maintained employment, and is clean from drugs but would like supervision to continue to September 2023 which would complete three years of supervised release. (Doc. No. 105). In response to the Motions, the supervising officer informs the Court that Defendant has maintained full compliance with the conditions of supervised release and does not oppose with an early termination of supervised release. The Court agrees with the supervising officer and accordingly, the Court will grant Defendant's Motions.

**IT IS THEREFORE ORDERED** that Defendant's Motions to Terminate Supervised Release, (Doc. Nos. 107, 108, 109), are **GRANTED**. The Clerk is directed to serve a copy of this Order on Defendant and the United States Probation Office.

**SO ORDERED**.

Signed: August 23, 2023

Kenneth D. Bell
United States District Judge